

# Fourth Court of Appeals
## San Antonio, Texas

September 28, 2016

No. 04-16-00553-CV

**SHELL WESTERN E&P, INC.**, Liberty Mutual Insurance Co., and Fidelity & Deposit Company of Maryland,
Appellants

v.

**PREFERRED QUALITY CHEMICALS LLC**, and Native Oilfield Services, LLC,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2014CVF000297 D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

Appellants' unopposed joint motion for extension of time to request the reporter's record is granted.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court